IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| | x | |
| **DAVID DICARLO,** | : | |
| on behalf of himself and all others similarly | : | |
| situated, | : | |
| | : | |
| **Plaintiff,** | : | **CIVIL ACTION** |
| | : | |
| v. | : | **No.: 2:18-cv-00802-RBS** |
| | : | |
| **CASMOS CAFÉ, INC. d/b/a THE COUCH** | : | |
| **TOMATO,** | : | |
| | : | |
| **Defendant.** | : | |
| | x | |

## STIPULATION OF DISCONTINUANCE

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned attorneys of record for the parties in the above entitled action, pursuant to Fed. R. Civ. P. 41(a)(1), that, the putative class having never been certified and defendant having never moved for summary judgment: (i) the claims asserted on behalf of Plaintiff David DiCarlo, individually, are hereby discontinued with prejudice; (ii) the class-action claims and allegations are hereby withdrawn and discontinued without prejudice; and (iii) each party shall bear its own costs and attorneys' fees.

Dated: November 13, 2018

C.K. Lee, Esq.
Lee Litigation Group, PLLC
30 East 39th Street, Second Floor
New York, New York 10016
Phone: (212) 465-1188
Fax: (212) 465-1181
cklee@leelitigation.com
*Counsel for Plaintiff*

Yuri J. Brunetti, Esq.
Landman Corsi Ballaine & Ford P.C.
One Penn Center
1617 John F. Kennedy Blvd, Suite 955
Philadelphia, Pa 19103
Phone: (215) 561-8540
Fax: (215) 988-1215
ybrunetti@lcbf.com
*Counsel for Defendant*